UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

2019 OCT -1 PM 2:34

Mary Kindred
Plaintiff,

v. Memphis Light Gas
and Water Division
Defendant.

Case No. 2:19-CV-02660

This is a Attachment to the Complaint

_____Signature_____
Mailing Address
City, State, Zip Code
Telephone Number

# Addendum:

Relief Sought

I.   Justice

II.   Reinstatement of Job

III.   Benefits

IV:   Back Pay


Mary Kindred

*Mary Kindred* (signature)

and whatever the jury deemed is fair.



U.S. Department of Labor
Wage and Hour Division
Memphis District Office
167 N. Main Street Room 484
Memphis, TN 38103
(901) 544-3418

August 17, 2018

Mary A. Kindred
4217 Auburn Road
Memphis, TN 38116

Subject: MLGW

Dear Ms. Kindred:

You recently contacted the Wage and Hour Division (WHD) with a complaint that the above-named employer under the Family Medical Leave Act (FMLA). The FMLA requires covered employers to comply with all provisions of the Act. After careful consideration of the information you provided, the WHD is declining to pursue your complaint.

The WHD fosters and promotes the welfare of wage earners by improving their working conditions to support the Department's goal of good jobs for everyone. In carrying out this mission, the Division administers and enforces a variety of Federal labor laws including those that guarantee workers' rights to safe and healthful working conditions; a minimum hourly wage and overtime pay; and a balanced family work life. The WHD receives more than 30,000 complaints each year and its resources do not permit it to investigate all of the complaints it receives. As a result the WHD must decline to investigate certain complaints and advise complainants of other resources that may be available to them to resolve their claims.

Although your complaint is important to us, after careful consideration of our mission, priorities and resources, we are declining to take further action on your behalf. This does not affect your legal right to bring a private action in federal or state court against your employer under the FMLA to recover obtaining reinstatement and/or recovery of lost wages, employment benefits, and monetary losses under FMLA. The Department of Labor does not encourage or discourage such suits. The decision is entirely up to you.

Please keep in mind that recovery of unpaid back wages under the FLSA is subject to a two-year statute of limitations, unless the employer's actions are willful, which extends the statute of limitations an additional year. Generally, this means that obtaining reinstatement and/or recovery of lost wages, employment benefits, and monetary losses under FMLA more than two years before a lawsuit is filed may not be recoverable. You have approximately remaining before the statute of limitations will run on your case.

*This is your 107 Rights to pursue your complaint in civil court.*

You may also wish to contact: National Labor Relations Board, 80 Monroe St. Ste. 350, Memphis, TN 38103 that agency / organization may be able to assist you with your complaint.

Please feel free to contact this office at (901) 544-3418 if you have any questions regarding this letter.

Sincerely,

Kingsley Dankwa
Assistant District Director

54N   969-8927